## 58354. LOUISVILLE & NASHVILLE RAILWAY COMPANY v. ECKERT.

SMITH, Judge.
The trial court's judgment is affirmed in accordance with Court of Appeals Rule 36.

*Judgment affirmed. Quillian, P. J., and Birdsong, J., concur.*

ARGUED SEPTEMBER 10, 1979 — DECIDED JANUARY 7, 1980 —

*William H. Major, William B. Brown,* for appellant.
*Luke F. Gore, F. Carlton King, Jr.,* for appellee.